# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**In Re: Wilda Forde**

                                **Case No: 6:22-mc-30-PGB-LHP**

_____/

## Order

In case number 6:15-cv-624-40GJK (Doc. 64), the Honorable Paul G. Byron, United States District Judge, precluded Wilda Forde (Forde) from filing any pleading or other filing without prescreening for arguable merit by the senior United States Magistrate Judge in the Orlando Division. The following documents are submitted for the undersigned's review pursuant to the terms of that Order:

1. "Motion to Reopen Forma Pauperis and Proceed Forma Pauperis" received on March 24, 2023;

2. "Complaint For Civil Case" received on April 27, 2023;

3. "Application to Proceed in District Court Without Prepaying fees or Costs" received on April 27, 2023;

4. "Motion Requesting For Copies of Past Payroll Checks Stubs, Phelps Dunbar LLP T.A." received on February 21, 2023;

5. "Motion to Research" received on July 17, 2023; and

6. "Motion for Assistant to Obtain a Employment Labor Attorney Referral (Public Defendant)" received on November 7, 2022.

As to the "Motion to Reopen Forma Pauperis and Proceed Forma Pauperis" received on March 24, 2023, Forde requests permission to proceed with the dismissed case—6:17-cv-1737-40KRS—because it should have been "submitted" as a complaint for wrongful termination. The Court finds that the document lacks any arguable merit and there is no material basis in law and

fact. The Court closed this case more than five years ago and there is no controversy before the Court.

As to the "Complaint For Civil Case" received on April 27, 2023, Forde seeks to bring an action against the United Parcel Service for "wrongful termination." Forde contends that she was terminated in 2014 "by unofficial management staff" and was accused of "embezzling by stealing time clock hours." Forde has attached an EEOC Notice of Suit Rights purportedly issued in 2017—charge no. 510-2015-01821. Related to that document is the "Application to Proceed in District Court Without Prepaying fees or Costs" also received on April 27, 2023.

Forde previously brought case nos. 6:15-cv-6244-40GJK and 6:17-cv-1737-40KRS against the United Parcel Service for alleged employment discrimination. The Court in 6:17-cv-1737-40KRS found that the allegations were "largely identical to the claims" in 6:15-cv-624-40GJK and found that "Plaintiff has had ample opportunity to plead a complaint that states a claim, and will not be permitted yet another bite at the apple." 6:17-cv-1737-40KRS at Doc. 7. The Court directed the Clerk to strike and return the complaint and to terminate the motion for leave to proceed as a pauper. *Id*.

Notably, the EEOC charge Forde now submits with the April 27, 2023 "Complaint For Civil Case," is the same as the charge attached to the stricken complaint in 6:17-cv-1737-40KRS at Doc. 1-1. The Court finds that the "Complaint for Civil Case" is duplicative of Forde's earlier filed and dismissed cases and she should not be allowed another opportunity to proceed. Even if Forde attempts to raise new issues not covered by the same EEOC charge, the "Complaint for Civil Case" does not have a material basis in the law. As such, the Application to Proceed in District Court Without Prepaying fees or Costs" is without a basis in the law.

As to the "Motion to Research" received on July 17, 2023, it appears Forde seeks a status of the "Complaint for Civil Case" and "Application to Proceed in District Court Without Prepaying fees or Costs" received on April 27, 2023. The Court has found that there is no material basis for

the filing of those documents. Based on the foregoing, the request for "research" and to proceed without prepayment are moot.

Finally, as to Forde's "Motion for Assistant to Obtain a Employment Labor Attorney Referral," Forde requests an "attorney referral" to assist with questions and to represent Forde "in the courtroom under the laws enforcement by the EEOC." As to the "Motion Requesting For Copies of Past Payroll Checks Stubs, Phelps Dunbar LLP T.A." received on February 21, 2023, Forde requests "copies of payroll checks stubs estimated dates 3/2003 – 8/2014." There is no case or controversy before the Court and there is no basis in the law for these requests.

Accordingly, leave to file these documents is **DENIED**. The **Clerk of Court** is directed to follow the Court's direction in 6:15-cv-624-PGB-GJK at Doc. 64.

**ORDERED** in Orlando, Florida on August 16, 2023.

DANIEL C. IRICK
UNITED STATES MAGISTRATE JUDGE